O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOD CHHABRA,<br><br>             Plaintiff,<br><br>     v.<br><br>DEVRY UNIVERSITY, INC., an Illinois corporation registered in the State of California; DEVRY UNIVERSITY, an entity of unknown capacity; DEVRY, INC., a Delaware corporation registered in the State of California; SCOTT SAND, an individual; KELLI SPENCE, an individual; BRIAN PORTER, an individual,<br><br>             Defendants.<br>_____ | Case No. CV 15-03857 DDP (FFMx)<br><br>**ORDER TO SHOW CAUSE RE:**<br>**FRAUDULENT JOINDER** |

   It appears on the face of the Complaint that there is no diversity jurisdiction.  Plaintiff is ordered to file a brief, not to exceed ten pages, indicating why the individual California

///

///

///

Defendants are not fraudulently joined. Plaintiff shall file his brief within fourteen days of the date of this Order.

IT IS SO ORDERED.

Dated: June 9, 2015

DEAN D. PREGERSON
United States District Judge

2