1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOD CHHABRA,<br><br>   Plaintiff,<br><br> v.<br><br>DEVRY UNIVERSITY, INC., an Illinois corporation registered in the State of California; DEVRY UNIVERSITY, an entity of unknown capacity; DEVRY, INC., a Delaware corporation registered in the State of California; SCOTT SAND, an individual; KELLI SPENCE, an individual; BRIAN PORTER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-03857-DDP-FFM<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

1  On July 25, 2016, the Court **DISMISSED** the case with **PREJUDICE** based on
2  Plaintiff's failure to appear and prosecute the action.
3  Accordingly, it is **ORDERED** and **ADJUDICATED** that judgment shall be
4  entered in favor of Defendants DeVry University, Inc. (also erroneously sued as DeVry
5  University), DeVry, Inc. (nka DeVry Education Group, Inc.), Brian Porter, Scott Sand,
6  and Kelli Spence.  Defendants shall be awarded their costs of suit herein.
7  **JUDGMENT IS SO ORDERED**.

10 DATED: August 10, 2016      _____
11                              HONORABLE Dean D. Pregerson
                                 United States District Court
12                               for the Central District of California